Case 1:23-mj-00188-RMM   Document 1-1   Filed

Case: 1:23-mj-00188
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/28/2023
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

Between February 17, 2023, and July 19, 2023, through undercover ("UC") controlled purchases, DEA agents have purchased a total of approximately 4,500 pills containing fentanyl from Jennifer ECHEVERRIA FLORES in Washington, DC, and Maryland. The pills are blue, marked "M" on one side, and "30" on the other.

The following are the dates, amounts and locations the UC purchased and obtained fentanyl pills from ECHEVERRIA FLORES:

- February 17, 2023: 998 fentanyl pills (approximately 104 grams), Silver Spring, MD;
- March 16, 2023: 997 fentanyl pills (approximately 104 grams), College Park, MD;
- May 2, 2023: 1,009 fentanyl pills (approximately 109 grams), Washington, DC;
- July 7, 2023: 401 fentanyl pills (approximately 43 grams), Silver Spring, MD; and
- July 19, 2023: 1,100 fentanyl pills (approximately 115 grams), Bladensburg, MD.

The pills obtained from the February 17, March 16, May 2, and July 7 controlled purchases were analyzed by DEA chemists and shown to contain fentanyl. The remaining pills (those purchased on July 19) are pending analysis.

During the UC controlled purchases, ECHEVERRIA FLORES indicated that she is working with at least one other individual to engage in a conspiracy to possess with the intent to distribute fentanyl. Specifically, ECHEVERRIA FLORES indicated that she obtains the fentanyl pills she distributes from a source of supply. For instance, on June 13, 2023, ECHEVERRIA FLORES told the UC via text message that her source of supply will charge the UC $5.00 per pill for 400 pills. On July 9, 2023, ECHEVERRIA FLORES stated to the UC via text message that her source of supply has fentanyl pills ready for distribution. Similarly, prior to the July 19 controlled purchase, ECHEVERRIA FLORES told the UC via text message to let her know the amount of pills the UC would like to purchase so she could first obtain them from her source of supply.

Based on the foregoing facts, I submit that there is probable cause to believe that ECHEVERRIA FLORES has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and 846 (Conspiracy to Possess with Intent to Distribute More than 400 Grams of Fentanyl) and 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) (Distribution of More than 40 Grams of Fentanyl).

_____
SPECIAL AGENT JACQUELINE ABADIR
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this_____ day of July 2023.*

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE